■ In the Matter of ROBERT R. KAUFMAN, for Reinstatement. —Motion for reconsideration granted and upon reconsideration this court adheres to its original determination denying petitioner's motion for reinstatement. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.